UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**KHALED ABD ELGABAR HOHAMMED OTHMAN et al.,**  )
)
        Petitioners,  )
)
    v.  )  Civil Action No. 05-2088 (RWR)
)
**GEORGE W. BUSH et al.**  )
)
        Respondents.  )
_____)

### ORDER

    Counsel for Khaled Abd Elgabar Mohammed Othman, a Yemeni detainee at Guantanamo Bay Naval Station, have petitioned on his behalf for a writ of habeas corpus. They have also asked that Abd Al Malik Abd Al Wahab be designated as Othman's next friend in this action. The petition states that "Al Wahab is Othman's companion. He is a Yemeni citizen." The petition supplies no other facts about Al Wahab.

    The federal habeas statute contemplates next friend standing. 28 U.S.C. § 2242. Next friend standing, however, must be demonstrated; it is not granted automatically. See <u>Whitmore v. Arkansas</u>, 495 U.S. 149, 163 (1990). This Court has a duty to assure that (1) the real party in interest is unable, due to lack of access to the court, mental incapacity, or other disability, to prosecute the petition on his own behalf, and (2) the next friend is truly dedicated to the best interests of the person on

-2-

whose behalf he seeks to litigate.  <u>Id.</u> at 163-64.  The petition's characterization of Al Wahab as Othman's "companion" is an insufficient showing upon which to make any judgment about Al Wahab's fitness to serves as next friend.  The companionship may be by dint of mere fortuity of co-location in detention with no more substance to the relationship than that.  The petition alleges no facts and attaches no declarations or affidavits about the length or nature of the acquaintance, the basis for the Court to trust that Al Wahab will pursue Othman's best interests, or even whether Al Wahab has discussed his proposed next friend status with Othman and received Othman's consent.  Accordingly, it is hereby

ORDERED that counsel for Othman shall have until November 6, 2005 to file a memorandum supplementing their request that Al Wahab be designated as Othamn's next friend.

SIGNED this 1st day of November, 2005.

<pre>
                           /s/
                   RICHARD W. ROBERTS
                   United States District Judge
</pre>