UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Khaled Abd Elgabar Mohammed Othman,** *et al.,*  <br>  Petitioners,  <br>  vs.  <br>  **GEORGE W. BUSH,** *et al.,*  <br>  Respondents. | Civil Action No. 05-02088 (RWR) |

## MOTION FOR LEAVE TO LATE FILE

Petitioner Khaled Abd Elgabar Mohammed Othman (hereinafter "Othman") together with his respective Next Friend, Abd Al Malik Abd Al Wahab ("Al Wahab"), as co-Petitioner, by and through undersigned counsel, respectfully request that this Motion for Leave to Late File be granted. In support of this motion, Petitioners hereby state as follows.

1. Petitioners Othman and Al Wahab are Yemeni nationals who are being detained as "enemy combatants" at the Guatánamo Bay Naval Base in Cuba. On or about February 2005, undersigned counsel received a letter and Next Friend authorization form from Mark Falkoff, an attorney at Covington & Burling, who is counsel for Al Wahab. The letter and authorization form states that Al Wahab knows Othman well on a personal level, that Othman wants to have legal representation secured by Al Wahab, that Othman wishes Al Wahab to act on his behalf, and that Al Wahab wishes to do so.

2. On October 25, 2005, Petitioner's counsel filed a habeas petition stating that Al Wahab was Othman's next friend for standing purposes under the federal habeas statute. 28 U.S.C. § 2242.

3. On October 28, 2005, government counsel requested proof of Al Wahab's next friend status, and Petitioner's counsel immediately forwarded the Next Friend authorization to counsel for the Government.

4. On November 1, 2005, this Court ordered that Petitioner file a memorandum supplementing their request demonstrating that Al Wahab should be designated as Othman's next friend.

5. Counsel for Petitioners inadvertently did not include a copy of the Next Friend authorization with the initial habeas petition, and in providing a copy to the Government mistakenly believed that a sufficient showing had been made.

6. Counsel for Petitioner recognizes that this Next Friend authorization also must be filed with the Court, and herby requests leave to do so, notwithstanding the fact that the time period prescribed in the Court's November 1, 2005 Order has expired.

WHEREFORE, for the foregoing reasons and any others that this Honorable Court may deem appropriate, Petitioner respectfully requests that this Motion for Leave to Late File be granted.

Dated: November 30, 2005

Respectfully submitted,

Counsel for Petitioner:

*/s/ Jane F. Barrett*
Jane F. Barrett (D.C. Bar No. 261529)
Shawn M. Wright (D.C. Bar No. 458377)
BLANK ROME LLP
600 New Hampshire Ave., NW
12th Floor
Washington D.C. 20037
Telephone: (202) 772 -5800
Facsimile: (202) 772 -5858

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

Khaled Abd Elgabar Mohammed Othman, *et al.*,  )
                                              )  Civil Action No. 05-02088 (RWR)
           Petitioners,                )
                                              )
vs.                                           )
                                              )
GEORGE W. BUSH, *et al.*,                     )
                                              )
           Respondents.                )

### [PROPOSED] ORDER

The Court, having considered Petitioner's Motion for Leave to Late File,

    IT IS HEREBY ORDERED that the Motion is granted.

Dated: _____          _____
                                       United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *"Motion for Leave to Late File"* and *"Proposed Order"* was served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Terry Henry, Esq., Senior Trial Attorney
> Andrew I. Warden, Esq., Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, D.C. 20530

November 30, 2005

*/s/ Shawn M. Wright*