UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Khaled Abd Elgabar Mohammed Othman,** *et al.,* )<br>)<br>**Petitioners,** )<br>)<br>vs. )<br>)<br>**GEORGE W. BUSH,** *et al.,* )<br>)<br>)<br>**Respondents.** ) | **Civil Action No. 05-02088 (RWR)** |

## SUPPLEMENTAL MEMORANDUM TO HABEAS PETITION

Petitioner Khaled Abd Elgabar Mohammed Othman (hereinafter "Othman) together with his respective Next Friend, Abd Al Malik Abd Al Wahab ("Al Wahab"), as co-Petitioner, by and through undersigned counsel, respectfully submit this supplemental memorandum to Petitioners habeas petition. In support of this memorandum, Petitioners hereby state as follows.

1.  Petitioners Othman and Al Wahab are Yemeni nationals who are being detained as "enemy combatants" at the Guatánamo Bay Naval Base in Cuba. On or about February 2005, undersigned counsel received a letter and authorization form from Mark Falkoff, an attorney at Covington and Burling, who is counsel for Al Wahab. The letter and authorization form states that Al Wahab knows Othman well on a personal level, that Othman wants to have legal representation secured on his behalf by Al Wahab, that Othman wishes Al Wahab to act on his behalf, and that Al Wahab wishes to do so.

2.  On October 25, 2005, Petitioner's counsel filed a habeas petition stating that Al Wahab was Othman's next friend for standing purposes under the federal habeas statute. 28 U.S.C. § 2242. However, counsel failed to attach the Next Friend authorization. (See Exhibit A attached hereto).

2. Petitioner's counsel does not have any additional information beyond the authorization form obtained by Al Wahab's counsel regarding the relationship between Othman and Al Wahab.

3. Petitioner's Counsel does not have access to Othman or Al Wahab at this time to obtain additional information. Both are currently being detained at Guantánamo.

WHEREFORE, for the foregoing reasons and any others that this Honorable Court may deem appropriate, Petitioner respectfully requests that this Supplemental Memorandum to Habeas Petition be accepted an incorporated into same.

Dated: November 30, 2005

Respectfully submitted,

Counsel for Petitioner:

Jane F. Barrett (D.C. Bar No. 261529)
Shawn M. Wright (D.C. Bar No. 458377)
BLANK ROME LLP
600 New Hampshire Ave., NW
12th Floor
Washington D.C. 20037
Telephone: (202) 772-5800
Facsimile: (202) 772-5858

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *"Supplemental Memorandum to Habeas Petition"* was served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>  The Honorable Alberto Gonzales
>  United States Attorney General
>  United States Department of Justice
>  950 Pennsylvania Avenue, N.W.
>  Washington, D.C. 20530-0001
>
>  The Honorable Kenneth L. Wainstein
>  United States Attorney for the District of Columbia
>  555 4th Street, N.W.
>  Washington, D.C. 20530
>
>  Terry Henry, Esq., Senior Trial Attorney
>  Andrew I. Warden, Esq., Trial Attorney
>  U.S. Department of Justice
>  Civil Division, Federal Programs Branch
>  20 Massachusetts Ave., NW, Room 7144
>  Washington, D.C. 20530

November 30, 2005

*/s/ Shawn M. Wright*

# EXHIBIT A

02/08/05 TUE 15:35 FAX 202 305 7872    LITIGATION SEC.    ☒025

WAHAB
EXTRA 1 OF 1

I, <u>ABD AL MALIK ABD AL WAHAB</u> fully understand the American legal concept of "next friend." As a result of being incarcerated in Guantanamo Bay I have come to know the following people well on a personal level. I know that each of them very much wants legal assistance in securing justice and being released from this prison. I know that they would want to be represented by, or have legal representation secured by, the Center for Constitutional Rights and/or the law firm Covington & Burling. I know that they would want me to act as their "next friend" in this regard and I hereby choose to act in this capacity.

| Name | Nationality | Native Language |
|---|---|---|
| KHALED ABD EL GABAR MOHAMED OTHMAN | YEMENI (FROM EL HODEDA CITY) | ARABIC |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Done this 24 day of January, 2005.

X _[signature]_

Witnessed:

_[signature] Marc D Falkoff_

"UNCLASSIFIED"

(24)

NO. 108   P. 11                    JAN. 27. 2005 3:54PM   12