UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**KHALED ABD ELGABAR HOHAMMED**  )
**OTHMAN et al.**,                )
                                  )
        Petitioners,    )
                                  )
  v.                              )   Civil Action No. 05-2088 (RWR)
                                  )
**GEORGE W. BUSH et al.**         )
                                  )
        Respondents.    )
---

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 2243, it is hereby

ORDERED that within 30 days of service of a copy of this Order, respondent shall file and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

SIGNED this 28th day of December, 2005.

                                    /s/
                              RICHARD W. ROBERTS
                              United States District Judge