IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| KHALED ABD ELGABAR MOHAMMED OTHMAN, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2088 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

### RESPONDENTS' RESPONSE TO ORDER TO SHOW CAUSE PERTAINING TO PETITIONER KHALED ABD ELGABAR MOHAMMED OTHMAN AND NOTICE OF SUBMISSION UNDER SEAL

Respondents hereby submit, as explained herein, the final record of proceedings before the Combatant Status Review Tribunal pertaining to petitioner Khalid Abd Jal Jabbar Muhammad Juthman Al Qadasi (listed in the petition as Khaled Abd Elgabar Mohammed Othman) in response to the Court's December 28, 2005 Order to Show Cause (dkt. no. 11), directing respondents to "file and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue." For the reasons explained in the record, petitioner Khalid Abd Jal Jabbar Muhammad Juthman Al Qadasi has been determined to be an enemy combatant. Accordingly, petitioner Khalid Abd Jal Jabbar Muhammad Juthman Al Qadasi is lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise, and is being detained.[1]

---

[1] On December 30, 2005, the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680 ("the Act"), became law. The Act, among other things, amends 28 U.S.C. § 2241 to remove court jurisdiction to hear or consider applications for writs of habeas corpus

The portion of the record suitable for public release is attached hereto. See Exhibit A. The remaining portions of the record, including information that is classified or not suitable for public release, are being submitted under seal through the Court Security Officers. One copy of the record is being submitted to the Court for *in camera* review. Another copy of the record, containing information suitable for disclosure to counsel under seal, is being made available to petitioner's counsel who have been issued security clearances, consistent with the Protective Order. See Protective Order and Procedures for Counsel Access to Petitioners at the United States Naval Base in Guantanamo Bay, Cuba (dkt. no. 6). Any redactions made in the record are explained in the declaration(s)/certification(s) submitted therewith. Both copies of the record contain highlighting, explained therein, consistent with the Court's Order for Specific Disclosures Relating to Respondents' Motion to Designate as "Protected Information" Unclassified Information and Petitioners' Motion for Access to Unredacted Factual Returns, entered on December 8, 2004 by Judge Green in the coordinated cases. Respondents have designated certain highlighted, unclassified information in the record as "protected information" under the Protective Order. Pursuant to the Protective Order, once counsel for petitioner has reviewed the record and counsel for the parties have conferred, respondents will file a motion

---

and other actions brought in this Court by or on behalf of aliens detained at Guantanamo Bay, Cuba, and creates an exclusive review mechanism in the D.C. Circuit, applicable to pending cases, to address the validity of the detention of such aliens held as enemy combatants. Id. § 1005(e)(1), (h)(2). In light of this and given the new, statutory withdrawal of the Court's jurisdiction, a stay of all proceedings in this case is appropriate pending the resolution of the effect of the Act. Indeed, our understanding is that it is the sense of the Court that it wishes to await anticipated guidance from the D.C. Circuit regarding the effect of the Act (briefing on this issue in the D.C. Circuit is scheduled to conclude on February 1, 2006), before deciding any pending motions. Notwithstanding these developments, however, respondents hereby submit the record of proceedings before the Combatant Status Review Tribunal pertaining to petitioner Khalid Abd Jal Jabbar Muhammad Juthman Al Qadasi in response to the Court's December 28, 2005 Order to Show Cause.

requesting that the Court designate the information in the record as "protected" pursuant to the Protective Order.[2]

For the reasons explained in the record, petitioner Khalid Abd Jal Jabbar Muhammad Juthman Al Qadasi has been determined to be an enemy combatant and is, therefore, lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise. Accordingly, the petition for writ of habeas corpus should be dismissed and the relief sought therein denied.

Dated:  January 27, 2006                    Respectfully submitted,

                                                                    PETER D. KEISLER
                                                                    Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

---

[2] Pursuant to the Protective Order, respondents are disclosing this information to petitioner's counsel, who shall treat such information as "protected" unless and until the Court rules that the information should not be designated as "protected."

20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents