IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KHALID ABD JAL JABBAR MUHAMMAD JUTHMAN AL QADASI, A.K.A., KHALED ABD ELGABAR MOHAMMED OTHMAN,** <br> *Petitioner*, <br><br> v. <br><br> **GEORGE W. BUSH, et al.,** <br> *Respondents*. | Civil Action No. 05-cv-2088 (RWR) <br><br> NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner Khalid Abd Jal Jabbar Muhammad Juthman Al Qadasi, a.k.a., Khaled Abd Elgabar Mohammed Othman in this matter. Service upon counsel may be made to:

> Gitanjali S. Gutierrez
> **CENTER FOR CONSTITUTIONAL RIGHTS**
> 666 Broadway, 7th Floor
> New York, New York 10012
> Tel: (212) 614-6427
> Fax: (212) 614-6499

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.

Dated: February 3, 2006

                                                               Respectfully submitted,

                                                               Counsel for Petitioner:

                                                               /s/
                                                               Gitanjali S. Gutierrez
                                                               **CENTER FOR CONSTITUTIONAL RIGHTS**
                                                               666 Broadway, 7th Floor
                                                               New York, New York 10012
                                                               Tel: (212) 614-6427
                                                               Fax: (212) 614-6499