UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALED ABD ELGABAR MOHAMMED OTHMAN, *et al.*,<br><br>Petitioners,<br><br>vs<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-02088 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SUPPLEMENTAL MEMORANDUM TO HABEAS PETITION

Petitioner Khaled Abd Elgabar Mohammed Othman ( hereinafter "Othman") together with his respective Next Friend, Abd Al Malik Abd Al Wahab ("Al Wahab"), as co-Petitioner, by and through undersigned counsel, respectfully submit this supplemental memorandum to Petitioners' habeas petition. In support of this memorandum, Petitioners hereby state as follows.

1.  Petitioners Othman and Al Wahab are Yemeni nationals who are being detained as "enemy combatants" at the Guantánamo Bay Naval Base in Cuba. On October 25, 2005, Petitioner's counsel filed a habeas petition stating that Al Wahab was Othman's next friend for standing purposes under the federal habeas statute. 28 U.S.C. § 2242.

2.  The Next Friend authorization of Al Wahab was filed with this Court in a Supplemental Memorandum to Habeas Petition on November 30, 2005.

3.  Respondents challenged Petitioner's Next Friend authorization on December 9, 2005 and December 20, 2005, respectively, arguing that the Next Friend authorization was insufficient for standing purposes under the federal habeas statute. 28 U.S.C. § 2242.

4. On December 28, 2005, this Court ordered Respondents to Show Cause why a Writ should not issue in this matter, and the Respondents' Response to the Order of the Court to Show Cause was filed on January 1, 2006.

5. Subsequent to the filing of Respondents' Response to the Court's Order to Show Cause, detainee counsel representing other Yemeni nationals, located family members of Othman in Yemen.

6. In February 2006, undersigned counsel, through a translator, spoke with Othman's two sisters, Liza Abdul El Gabar Mohammed Othman and Hudaida Abdul El Gabar Mohammed Othman. Both sisters indicated that they knew their brother would want legal representation, and would want to be represented by undersigned counsel. Othman's sister Liza subsequently provided a formal authorization for undersigned counsel to represent Othman. (See Exhibit A attached hereto).

7. Currently, Gitanjali Gutierrez, co-counsel for Othman, is scheduled to travel to Guantánamo Bay on March 8, 2006 to meet with several detainees. On February 15, 2006, the Government denied her request to visit Othman, arguing that "the putative 'next friend' detainees have failed to make a sufficient showing to establish next friend standing that would justify the exercise of the Court's jurisdiction over these actions." *See Whitmore v. Arkansas*, 495 U.S. 149(1990). (See Exhibit B attached hereto – Correspondence from Andrew Warden).

8. Petitioners maintain that Al Wahab's Next Friend authorization is sufficient for purposes of standing under the federal habeas statute, and this Court has not ruled otherwise. However, as a further supplement to Petitioners' Habeas Petition, undersigned counsel hereby respectfully submits the Next Friend Authorization executed by Liza Abdul El Gabar

Mohammed Othman, as further evidence of undersigned counsel's authorization to represent Othman.

9.  Respondents have no basis for preventing undersigned counsel from visiting with Othman while at Guantánamo Bay, or processing the security clearances for the other attorneys representing Othman, which the Government has currently denied.

WHEREFORE, for the foregoing reasons and any others that this Honorable Court may deem appropriate, Petitioner respectfully requests that this Supplemental Memorandum to Habeas Petition be accepted and incorporated into same.

Dated: March 8, 2006

Respectfully submitted,

Counsel for Petitioner:

_____
Jane F. Barrett (D.C. Bar No. 261529)
Shawn M. Wright (D.C. Bar #458377)
BLANK ROME LLP
600 New Hampshire Ave., N.W.
12th Floor
Washington, D.C. 20037
Telephone: (202) 772-5800
Facsimile: (202) 772-5858

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing "Supplemental Memorandum to Habeas Petition" was served upon the following persons, by first class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001

>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530

>Terry Henry, Esq., Senior Trial Attorney
>Andrew I. Warden, Esq., Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7144
>Washington, D.C. 20530

March 8, 2006

A

## Authorization

Date: 27 January 2006

My name is **Liza Abdul El Gabar Mohammed Othman**. I am acting as next friend for my **brother**, whose name is **Khaled Abd El Gabar Mohammed Othman**, a citizen of **Yemen**, who is being held in Guantánamo Bay.

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

I also authorize Jane Barrett and the law firm Blank Rome to act on my brother's behalf.

Signature: _____

Print Name: Liza Abdul El Gabar Mohammed Othman

Witnessed by: _____

Print Name: Mohammed Alwjech

B

**From:** Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
**Sent:** Wed 2/15/2006 9:50 AM
**To:**                Gitanjali Gutierrez
**Cc:**                                                                                                Barrett@BlankRome.com;

**Subject:** RE: GTMO Atty Visit Request (Gutierrez) - Revised

**REDACTED**

Gita,

We have forwarded your revised visit request to Guantanamo for logistical coordination and approval. However, we cannot consent to your requested meetings with petitioners            Al Qadasi (Othman) at this time. The putative "next friend" detainees in these cases --                    Abd Al Wahab -- have failed to make a sufficient showing to establish next friend standing that would justify the exercise of the Court's jurisdiction over these actions. See Whitmore v. Arkansas, 495 U.S. 149 (1990). Until the standing issue is appropriately resolved, we are not in a position to permit meetings with these petitioners.

Consistent with our prior practice, we have no objection at this time to you meeting with the three next-friend detainees, who may be able to provide you with additional information regarding the petitioners relationship with the next-friends in an effort to satisfy the next friend standing requirements. In order to meet with the next friends, however, you must: 1) enter an appearance in next-friends' pending habeas cases; and 2) file a signed Memorandum of Understanding in the cases. These conditions have been imposed on every occasion in which prospective counsel have met with a next-friend at Guantanamo and they ensure consistency with the Amended Protective Order and Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084