IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KHALED ABD ELGABAR MOHAMMED OTHMAN,** *et al.*, ) ) ) ) | | |
| Petitioners, ) | Civil Action No. 05-CV-2088(RWR) | |
| ) v. ) ) | | |
| **GEORGE W. BUSH,** **President of the United States,** *et al.*, ) ) ) | | |
| Respondents. ) | | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that effective May 1, 2007, Jane Frances Barrett, Shawn Monique Wright and the law offices of Blank Rome, LLP, will no longer be counsel for Petitioner Khaled Abd Elgabar Mohammed Othman ("Othman"), and should be removed as counsel to Othman from all service lists.

PLEASE BE ADVISED THAT the appearance of Gitanjali Gutierrez of the Center for Constitutional Rights was entered as counsel for Othman.

Dated: May 1, 2007               **BLANK ROME, LLP**

　　　　　　　　　　　　　　　　　　　*Jane Frances Barrett*
　　　　　　　　　　　　　　　　　　　Jane F. Barrett

　　　　　　　　　　　　　　　　　　　*Shawn Monique Wright*

　　　　　　　　　　　　　　　　　　　600 New Hampshire Ave., NW
　　　　　　　　　　　　　　　　　　　Washington, DC  20037
　　　　　　　　　　　　　　　　　　　(202) 772-5800

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2007, I caused to be served copies of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL upon all counsel of record.

                                           *Deborah Dowling Sweigart*
                                           Deborah Dowling Sweigart, Paralegal
                                           Blank Rome LLP
                                           600 New Hampshire Ave., NW
                                           Washington, DC  20037