IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OTHMAN *et al.*, | |
| Petitioners, | No. 1:05 CV 2088 (RWR) |
| v. | |
| GEORGE W. BUSH *et al.*, | |
| Respondents. | |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT Petitioner has on this date submitted to the Court Security Office for service and filing in this action a Motion for Leave to File Out of Time and a Motion to Reopen Case.

Dated:    June 27, 2008

                                            Respectfully submitted,

                                            /s/
                                      Gitanjali S. Gutierrez
                                      CENTER FOR CONSTITUTIONAL RIGHTS
                                      666 Broadway, 7th Floor
                                      New York, NY 10012
                                      Tel: (212) 614-6485
                                      Fax: (212) 614-6499

                                      *Counsel for Petitioner*