*Cleared for Public Filing
on June 30, 2008*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OTHMAN *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH *et al.*, <br><br> Respondents. | No. 1:05 CV 2088 (RWR) |

### MOTION FOR LEAVE TO FILE OUT OF TIME

This court directed the parties in the above captioned matter to move to dismiss or reopen within ten days of the decision of the Supreme Court in *Boumediene v. Bush*, 553 U.S. ___ (decided June 12, 2008). Petitioners' counsel hereby move, pursuant to FRCP 6(b)(1)(B), for leave to file the attached Motion to Reopen Case one day out of time.

Counsel for Respondents have been consulted and consent to this motion to file out of time. Undersigned counsel apologize for their failure to properly calculate the deadline.

Dated: New York, New York
       June 27, 2008

                            Respectfully submitted,

                            Counsel for Petitioner:

                            /s/ Gitanjali S. Gutierrez
                            Gitanjali S. Gutierrez
                            CENTER FOR CONSTITUTIONAL RIGHTS
                            666 Broadway, 7th Floor
                            New York, New York 10012

*Cleared for Public Filing
on June 30, 2008*

Tel: (212) 614-6485
Fax: (212) 614-6499