*Cleared for Public Filing
on June 30, 2008*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OTHMAN *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH *et al.*, <br><br> Respondents. | No. 1:05 CV 2088 (RWR) |

## MOTION TO REOPEN CASE

In light of the decision of the Supreme Court in *Boumediene v. Bush*, 553 U.S. ___ (June 12, 2008), Petitioners hereby move to reopen the above-captioned case.

Dated: New York, New York
       June 27, 2008

                Respectfully submitted,

                Counsel for Petitioner:

                /s/ Gitanjali S. Gutierrez
                Gitanjali S. Gutierrez
                CENTER FOR CONSTITUTIONAL RIGHTS
                666 Broadway, 7th Floor
                New York, New York 10012
                Tel: (212) 614-6485
                Fax: (212) 614-6499

*Cleared for Public Filing
on June 30, 2008*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion for Leave and Motion to Govern to be filed by sending an original and two copies to the Court Security Office by courier on June 27, 2008, for filing with the court and delivery to the counsel listed below:

>Andrew Warden
>U.S. Department of Justice
>Federal Programs Branch, Civil Division
>20 Massachusetts Ave., N.W.
>Washington, D.C. 20530


_____
Shayana Kadidal