**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF COLUMBIA**

_____

| | |
|---|---|
| **KHALED ABD ELGABAR** | ) |
| **MOHAMMED OTHMAN**, *et al.* | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| | ) **Civil Action No. 05-02088 (RWR)** |
| | ) |
| | ) |
| **GEORGE W. BUSH,** | ) |
| **President of the United States,** *et al.* | ) |
| | ) |
| **Respondents.** | ) |
| _____ | ) |

**NOTICE OF APPEARANCE AND CERTIFICATION**
**OF REPRESENTATION WITHOUT COMPENSATION**

Please enter my appearance on behalf of the petitioners in the above-captioned case.  I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these petitioners without compensation.

Dated:      July 17, 2008

Respectfully submitted,

Counsel for Petitioners:

___/s/_____
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6452
Fax:  (212) 614-6499