IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>**GUANTÁNAMO BAY**<br>**DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) |
| OTHMAN, *et al.*,<br><br>　　　　　　Petitioners,<br><br>　　　v.<br><br>BUSH, *et al.*,<br><br>　　　　　　Respondents. | No. 05-CV-2088 (RWR) |

## STATUS REPORT

Petitioners in the above-captioned action, by and through their undersigned counsel, respectfully submit this status report in response to the Court's July 11, 2008 Scheduling Order:

1.　　The instant habeas petition was filed on behalf of petitioner, a Yemeni national, ISN 163, on October 25, 2005.

2.　　A protective order has been entered in this case.

3.　　Petitioner is not the subject of any charge before a military commission.

4.　　Petitioner has not filed a petition for review of the determination of his CSRT pursuant to the Detainee Treatment Act of 2005.

5. This case was administratively closed by Judge Roberts on July 2, 2007. Petitioner moved to reopen the case on June 30, 2008, and that motion was granted by Judge Roberts on July 7, 2008.

6. There are no pending motions before the court in this case.

Dated:   New York, New York
         July 18, 2008

                                        Respectfully submitted,


                                        _____/s/ Shayana Kadidal_____
                                        Shayana D. Kadidal (D.C. Bar No. 454248)
                                        Gitanjali S. Gutierrez
                                        Pardiss Kebriaei
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel: (212) 614-6438
                                        Fax: (212) 614-6499

                                        *Counsel for Petitioners*