IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHALED ABD ELGABAR MOHAMMED OTHMAN ) ) ) )| |
| Petitioner, )| |
| v. )| Civil Action No. 05-cv-2088 (RWR) |
| GEORGE W. BUSH, *et al.* ) )| |
| Respondents. )| |

## PRAECIPE

Undersigned counsel for Petitioner respectfully states as follows:

1.    According to the terms of the Protective Order entered by this Court in the above-captioned case, "Petitioners' counsel to be provided access to classified information shall execute the MOU appended to this Protective Order, and shall file executed originals with the Court and submit copies to the Court Security Officer and counsel for the government.  The execution and submission of the MOU is a condition precedent for petitioners' counsel to have access to, or continued access to, classified information for the purposes of this proceeding."  Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, ¶ 18.

2.    The Protective Order further provides, "Without authorization from the government or the Court, protected information shall not be disclosed or distributed to any person or entity other than ... petitioners' counsel, provided such individuals have

signed the Acknowledgment, attached hereto as Exhibit C, attesting to the fact that they have read this Protective Order and agree to be bound by its terms …." *Id.* ¶ 35(a).

3.    The Protective Order defines "petitioners' counsel" to include "an attorney who is employed or retained by or on behalf of a petitioner for purposes of representing the petitioner in habeas corpus or other litigation in federal court in the United States, as well as co-counsel, interpreters, *paralegals*, investigators and all other personnel or support staff employed or engaged to assist in the litigation." *Id.* ¶ 12 (emphasis added).

4.    Jessica Baen is a paralegal employed by the Center for Constitutional Rights (CCR).  She assists CCR attorneys in their representation of several Guantánamo Bay detainees and has security clearance status.  In order to accompany CCR attorneys on visits with our clients at Guantánamo, and access classified and protected information concerning our clients, the Protective Order entered in this case requires that Ms. Baen file an executed Memorandum of Understanding Regarding Access to National Security Information and an Acknowledgement regarding the Protective Order, which are attached here as Exhibit A.

Dated:    New York, New York
          July 18, 2008

                                   Respectfully submitted,

                                   Counsel for Petitioner:


                                    /s/ Pardiss Kebriaei
                                   Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
                                   CENTER FOR CONSTITUTIONAL
                                   RIGHTS
                                   666 Broadway, 7th Floor
                                   New York, New York 10012
                                   Tel:  (212) 614-6452
                                   Fax:  (212) 614-6499

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA**

|  |  |
|---|---|
| **KHALED ABD ELGABAR MOHAMMED OTHMAN** )<br>)<br>)<br>)<br>**Petitioner,** )<br>)<br>**v.** )<br>)<br>**GEORGE W. BUSH,** *et al.* )<br>)<br>**Respondents.** )<br>) | **Civil Action No. 05-cv-2088 (RWR)** |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.* and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Othman v. Bush*, No. 05-cv-2088.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case *Othman v. Bush*, No. 05-cv-2088, and I agree to comply with the provisions thereof.


_____/s/_____
Jessica Baen

July 18, 2008
Date

2

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Othman v. Bush*, No. 05-cv-2088, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Order. The undersigned acknowledges that her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanction by the Court.


DATED: July 18, 2008          BY:    Jessica Baen
                                     (type or print name)

                              SIGNED:    /s/
                                     Jessica Baen

3