**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KALED ABD ELGABAR MOHAMMED OTHMAN et al., | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2088 (RWR) |
| GEORGE W. BUSH <u>et al</u>., | ) ) ) | |
| Respondents. | ) ) | |

**ORDER**

The procedures and schedule established by the preliminary Case Management Order issued on November 6, 2008 by Judge Hogan in <u>In re Guantanamo Bay Detainee Litigation</u>, Misc. No. 08-442 (filed November 6, 2008), shall be adopted in this case except as follows.

1. The last sentence of Section I.E.2 of the preliminary Case Management Order is amended to read: "The Merits Judge will set the date by which all such additional discovery must be completed."

2. Regarding Section III.A of the preliminary Case Management Order with respect to the filing of initial briefs in support of judgment on the record, sequential briefing, instead of simultaneous briefing, will occur, with the government filing its motion in support of judgment first, followed by petitioner's response and, if appropriate, cross-motion for judgment on the

-2-

record, and then the government's response to petitioner's cross-motion.

The government filed with Judge Hogan on November 18, 2008 a motion to reconsider and stay certain parts of the preliminary Case Management Order. The parties have until November 26, 2008, to file memoranda, not to exceed ten pages, requesting additional modifications to the preliminary Case Management Order. A final scheduling order will be entered following a status conference to be held on December 3, 2008. Pending resolution of the government's motion and entry of the final scheduling order, the parties shall abide by the schedule set forth in the preliminary Case Management Order entered by Judge Hogan.

Accordingly, the parties hereby are

ORDERED to file any proposals to modify the preliminary Case Management Order, not to exceed ten pages, by November 26, 2008. It is further

ORDERED that a status conference is scheduled for December 3, 2008 at 4:00 p.m. It is further

ORDERED that the parties shall abide by the preliminary Case Management Order entered in <u>In re Guantanamo Bay Detainee Litigation</u>, Misc. No. 08-442 (filed Nov. 6, 2008) as modified by this Order, pending further orders of this Court.


-3-

SIGNED this 19th day of November, 2008.

```
                              /s/
                    RICHARD W. ROBERTS
                    United States District Judge
```

Case 1:05-cv-02088-RWR   Document 85   Filed 11/19/08   Page 3 of 3